RECEIVED
IN LAKE CHARLES, LA.

NOV - 5 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **PATRICK TOWNZEN** <br> **#207654** | CIVIL ACTION NO. 11-1998-LC |
| VS. | SECTION P |
| **ROBERT HENDERSON, ET AL** | JUDGE MINALDI |
| | MAGISTRATE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 7] of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2)(B) and 28 U.S.C.1915A(b)(1).

Lake Charles, Louisiana, on this the 5 day of Nov, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE